UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAN ALTSCHULD**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 21-cv-02779 (TSC)<br>) |
| **GINA M. RAIMONDO**, in her official capacity as Secretary of the United States Department of Commerce, *et al.*, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 23), Plaintiff's Motion for Preliminary Injunction (ECF No. 4) is hereby DENIED.

Date: November 8, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge