UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAN ALTSCHULD, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GINA M. RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce, *et al.*<br><br>　　　　Defendants. | Civ. A. No. 21-02779 (TSC) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's minute order of November 15, 2021. The parties have conferred and agree that in light of this Court's order denying Plaintiffs' motion for a preliminary injunction, *see* ECF Nos. 22, 23, Defendants should respond to the complaint within sixty days of service on the United States Attorney, as provided for by Federal Rule of Civil Procedure 12(a)(2)—i.e., on or before December 27, 2021.[1] Defendants respectfully reserve the right to seek a reasonable extension of this deadline for good cause shown, and Plaintiffs reserve the right to oppose any such request.

The parties also agree that, if Plaintiffs intend to move for leave to file an amended complaint, they will do so by December 3, 2021.

| Dated: November 22, 2021 | Respectfully submitted, |
|---|---|
| /s/ Eric S. Montalvo<br>Eric S. Montalvo<br>D.C. Bar No. 993206<br>THE FEDERAL PRACTICE GROUP<br>1750 K Street, N.W., Suite 900 | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>CHRISTOPHER HALL<br>CARLOTTA P. WELLS |

---

[1] Plaintiffs served the United States Attorney for the District of Columbia on October 27, 2021.

<table>
<tr><td>

Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
emontalvo@fedpractice.com

 /s/ Carol A. Thompson
Carol A. Thompson
D.C. Bar No. 1658143
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
cthompson@fedpractice.com

 /s/ John J. Michels, Jr.
John J. Michels, Jr.
D.C. Bar No. 457575
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
lmichels@fedpractice.com

*Counsel for Plaintiffs*

</td><td>

Assistant Branch Directors

By: */s/ R. Charlie Merritt*
STEVEN A. MYERS
Senior Trial Counsel
R. CHARLIE MERRITT
Trial Attorney (VA Bar # 89400)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

</td></tr>
</table>