IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAN ALTSCHULD, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 21-cv-2779-TSC |
| GINA RAIMONDO, *et al.*, | ) ) | |
| *Defendants*. | ) ) ) | |

**PLAINTIFFS' SURREPLY TO DEFENDANTS' MOTION TO DISMISS**

Defendants' Reply in Support of Motion to Dismiss ("Reply") cited to *Elgin v. Dep't of the Treasury*, 567 U.S. 1 (2012), arguing that "modern" cases make clear that federal employees cannot circumvent remedial schemes laid out in the Civil Service Reform Act. Defendants' Reply in Support of Motion to Dismiss (ECF 36 at n.1). This is an overgeneralized mischaracterization of the law.

*Elgin* is distinctive from the instant case because (1) *Elgin* was not brought under the Administrative Procedure Act ("APA"); and (2) *Elgin* challenged a discreet individual employment decision whereas this case challenges an agency rule. The D.C. Circuit has explicitly stated that pre-enforcement challenges under the APA are not barred by the CSRA. *Federal Law Enforcement Officers Ass'n v. Rigasf Nat'l Treasury Employees Union v. Devine*, 733 F.2d 114, 117, n.8 (D.C. Cir. 1984). Defendant misstates *Elgin* to support their motion to dismiss, but in fact, it further solidifies Plaintiff's position that their claims are proper as a pre-enforcement challenge under the APA.

Respectfully submitted,


*/s/ Eric. S. Montalvo*
Eric S. Montalvo
D.C. Bar No. 993206
FEDERAL PRACTICE GROUP
1750 K Street Northwest, Suite 900
Washington, D.C. 20006
Telephone: (202)862-4360
Facsimile: (888)899-6053
emontalvo@fedpractice.com

*/s/ Carol A. Thompson*
Carol A. Thompson,
D.C. Bar No. 1658143
FEDERAL PRACTICE GROUP
1750 K Street Northwest, Suite 900
Washington, D.C. 20006
Telephone: (202)862-4360
Facsimile: (888)899-6053
cthompson@fedpractice.com

*/s/ John J. Michels, Jr.*
John J. Michels, Jr.
D.C. Bar No. 457575
FEDERAL PRACTICE GROUP
1750 K Street Northwest, Suite 900
Washington, D.C. 20006
Telephone: (202)862-4360
Facsimile: (888)899-6053
lmichels@fedpractice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, I filed the foregoing with the Court's ECF which effected service on all respective parties.

/s/ *Eric S. Montalvo*
Eric S. Montalvo